# IN THE SIXTH COURT OF APPEALS
## AT TEXARKANA

RECEIVED IN
The Court of Appeals
Sixth District

Feb 2 4 2015

Texarkana, Texas
Debra Autrey, Clerk

ROBERT TROY McCLURE,
Appellant

VS

STATE OF TEXAS, et al;
Appellee

ON appeal from 102ND District court of Bowie county Hon. Bobby lockhart presiding. Cause NO. 12C0711-102

# ADVISORY TO COURT

APPEAL NO: 06-14-00026-CV

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

# STATEMENT OF CASE

Robert mcclure is a Texas inmate who is appealing for the second time an order dismissing his suit and a order finding him to be a vexatious litigant.

mcclure was assaulted by TDCJ guard Boles who after X-ray's revealed a broken nose. In order to conceal this assault, TDCJ employee Langly wrote false disciplinary case's by which were thrown out and dismissed as frivolous.

mcclure filed a pro se 42 §1983 civil rights complaint and this is mcclure's second time appealing his case under abuse of discretion.

NOW, there is confusion with mcclure because he has been found to be a vexatious litigant and required to obtain permission to file any new litigation. However, the chapter 11 which govern's the procedure of vexatious litigant § D allows a litigant to proceed if he is appealing a vexatious order. In this case he is, But still the court presumably, wishes mcclure to obtain permission. He contacted the frist Judicial regional Judge seeking permission because the Bowie county local admin Judge does not respond to mcclure but now new developements need to be addressed.

1) mcclure after he received this courts order about the vexatious order. He at once Drafted a letter and a motion for leave to proceed on appeal. He filed it with the frist judicial regional admin Judge be cause all his past letters and request's for permission from the Bowie county local admin Judge goes un answered.

2) mcclure Knowing this court allowing some time for mcclure to go ahead and obtain a order to allow on appeal has once again contacted the frist judicial regional Judge to advise them that he still has not received any respnse from the Bowie county local admin. Judge. (please see, attachment A) This letter was mailed on Feb. 18, 15.

3) In addition to this. mcclure also wrote a letter to the Bowie county District court local admin Judge as well respectfully requesting a respnse to his request or motion for leave to proceed on appeal. (please see, attachment B)

4) Also if it please the court, to prove mcclure has been doing everything he can to obtain a order and that he did contact the frist Judicial Regional Judge (please see attachment C)

2

They in turn responded and advised mcclure that they forwarded his legal filing's to the Bowie county local admin Judge. However, mcclure has not heard any thing from the local admin Judge.

5) TDCJ lawlibrary does not have any law books to advise mcclure on how to go about this problem. He understands about writ of mandamus but he need's permission to file it with this court. But he is not receiving any response from the Bowie county District court local admin Judge. So if he can't receive a response he cant get a order to file a mandamus. He's at a loss here at what needs to be done. But instead of sitting and waiting mcclure thought it best to contact this court to report the situation.

6) mcclure can only say that his appeal really does have merit and would not be a waste of Judicial resources, Like last time he expects a full reversal. mcclure beseeches the court for them to be patient and forth coming in what needs to be done or perhap's they could contact the Bowie county District Judge who's the local admin Judge.

3

To see if he received the paper work to review. mcclure awaits this honorable courts response. And he is sorry for the confusion this is not deliberate. He respects all Justice's Thank you.

Respectfully submitted
Robert mcclure pro se
#1420457
Hughes unit
RT 2 box 4400
gatesville, TX 76597
Feb. 17, 15

4

TO THE HONORABLE JUDGE FOR THE FIRST ADMINISTRATIVE JUDICIAL REGION

Hello Judge marry, please accept my warmest wishes and hope that you are well. I am contacting you in hope that you would assist me in obtaining a response from the Bowie county District court local administrative Judge which I believe is the 202 district of Bowie county.

You advised me that you sent my request to proceed on appeal from the 6th court of appeals to this Judge but I have not heard or received any response from him. I completely understand that courts are very busy and I hate to bother you but the 6th court of Appeals are waiting on me. And so I feel its best to contact you because maybe he didn't receive it in the mail or got misplaced. I will say that all briefs have been filed and was set for review but this issue came up which is a misunderstanding in the law as I didn't read it correctly. I would greatly appreciate your assistance. Thank you

Respectfully,
Robert mcclure
#1420457

(A)

TO THE BOWIE COUNTY DISTRICT COURT LOCAL
ADMINISTRATOR HONORABLE JUDGE LEON F. PESEK JR.
100 N. STATE LINE AVE, BOX 10
Texarkana, TX 75501

GREETING's YOUR HONOR,

I am respectfully contacting you because I was informed by Judge Mary Murry who, is the frist administrator Regional Judge. I contacted her seeking permission to proceed with my appeal with the 6th court of appeals. I have not received any response Sir and I am Unsure what I need to advise the 6th court of appeals.

I would greatly appreciate a response please Understand T.D.CJ-ID law library does not have any law books giving direction or procedure in the proper mode of procedure in seeking permission for you. In a un related matter several times I sent you requests to be granted permission to file a bill of Review but Never received any response. So really I'm in the dark here. I Appreciate a response because the 6th court of Appeals is waiting on me.

Thank you sir.
Regards
Robert McClure

(B)



### *First Administrative Judicial Region*

# MARY MURPHY
*Presiding Judge*

*Administrative Assistant*
**SANDY HUGHES**

*Office Manager*
**CANDY SHIVER**

133 N Riverfront Blvd., LB 50
Dallas, Texas 75207
(214) 653-2943 *telephone*
(214) 653-2957 *fax*
**www.txcourts.gov/1ajr**

February 6, 2015

Mr. Robert Troy McClure
Hughes Unit #1420457
Route 2, Box 4400
Gatesville, TX 76597

Dear Mr. McClure:

Your letter dated February 2, 2015 reached me today. You have requested leave to file new litigation and have indicated the Local Administrative Judge in Bowie County has not responded to your request.

Your letter and enclosures do not provide sufficient information to invoke my involvement as the Local Administrative Judge. I therefore am forwarding your letter to the Local Administrative Judge for Bowie County for communication directly with you.

Sincerely,

Mary Murphy

cc:    Local Administrative Judge, Bowie County

( C )

# Certificate of Service

I, robert mcclure do state that a full copy was mailed to attorney general at po box 12548 Austin, TX 78711 On Feb 18,15 using hughes indigent mail service

mcclure, R.
Feb 17,15